BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-mj-00162-CKD |
| Plaintiff, | ORDER VACATING BENCH TRIAL AND SETTING CHANGE OF PLEA |
| v. | |
| VENESSA RAYA, | Date: July 16, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

It is hereby ordered that the bench trial set for July 16, 2012, is vacated and a change of plea is set for July 19, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 9, 2012          /s/ Carolyn K. Delaney
                              HON. CAROLYN K. DELANEY
                              United States Magistrate Judge