1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  VENESSA RAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-mj-00162-CKD |
|---|---|
| Plaintiff, | ) |
| | ) DEFENDANT'S WAIVER OF APPEARANCE. |
| v. | ) |
| VENESSA RAYA, | ) |
| | ) Date: July 19, 2012 |
| Defendant. | ) Time: 9:30 am |
| | ) Judge: HON. CAROLYN K. DELANEY |
| _____ | ) |

Pursuant to Fed.R.Crim.P. 43, defendant, VENESSA RAYA, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, further arraignments, motions hearings, entries of plea and status conferences.

Ms. Raya's husband is in the military and recently received orders to report to a new duty station in Fort Knox, Kentucky. As a result Ms. Raya, her husband, and their 1 ½ month old son moved to Kentucky in May and have been in the process of settling into their new home. Ms. Raya made the return trip to California in order to appear for the CVB calendar on June 12th. Having to make this trip again would put a great

burden on Ms. Raya who would have to secure travel expenses and childcare for an infant. Therefore, Ms. Raya seeks to appear telephonically for the change of plea and sentencing set for July 19th, 2012 at 9:30 am in this court.

Ms. Raya has had the opportunity to discuss her case, possible defenses, and the application of the U.S. Sentencing Guidelines with her attorney.

Ms. Raya hereby requests that her personal presence be waived, and appearance be made telephonically. The defendant agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present.

The defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to set times and dates under that Act without her personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: July 9, 2012

/s/Vanessa Raya
Venessa Raya
(Original retained by attorney)

I concur in Ms. Raya's decision to waive her presence at future proceedings.

Dated: July 9, 2012                 Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender

///
///

1
2  IT IS SO ORDERED.
3  Dated: July 17, 2012              /s/ Carolyn K. Delaney
4                                    CAROLYN K. DELANEY
                                     United States Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28